George Kirchner, Appellee, v. Boris and Dave Goldenhersh, Inc., et al., Appellants.

306

Heard in this court at May term, 1942; opinion filed June 27, 1942. Leonard S. Hopkins and Joseph H. Goldenhersh, for appellants; Geo. H. Muelder, for appellee; John B. Harris, of counsel. Opinion by JUSTICE DADY. ''Not to be published in full.